Lisa A. McClane, NV SBN 10139
Lynne K. McChrystal, NV SBN 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: lisa.mcclane@jacksonlewis.com
Email: lynne.mcchrystal@jacksonlewis.com

Kurt K. Harris, Esq.
Nevada Bar No. 5354
4730 S. Fort Apache Rd., Suite 300
Las Vegas, Nevada 89147
Tel: (702) 252.3838
Fax: (702) 852.0337
Email: kharris@702law.com

Attorneys for Plaintiff and Counter-Defendants
NEVADA CORPORATE HEADQUARTERS
and JASON WILLIAMS

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA CORPORATE HEADQUARTERS, A Nevada Corporation<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JANETTE M. HILL; JOHN DOE; ATTORNEY DOE; and DOES I through X and ROE Corporations or Business Entities I through X, inclusive,<br><br>　　　　　Defendants. | Case No.: 20-CV-01721-RFB-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF AND COUNTER-DEFENDANTS TO RESPOND TO DEFENDANT/COUNTERCLAIMANT'S COUNTERCLAIM** |
| JANETTE M. HILL, individually,<br><br>　　　　　Counterclaimant,<br><br>　　vs.<br><br>NEVADA CORPORATE HEADQUARTERS, A Nevada Corporation, JASON WILLIAMS, individually, ALFONSO VALLE, individually,<br><br>　　　　　Counter-Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant NEVADA CORPORATE HEADQUARTERS ("Plaintiff" and "Counter-Defendant") and JASON WILLIAMS ("Counter-Defendant"), through their counsel of record and Defendant/Counterclaimant JANETTE M. HILL by and through her counsel of record that Defendant and Counterclaimant shall have a ten (10) day extension of time to submit its response to Defendant/Counterclaimant's Counterclaim, up to and including October 5, 2020. This Stipulation is submitted and based upon the following:

1. Plaintiff and Counter-Defendants filed a Notice of Removal on September 16, 2020. ECF No. 1. Defendant/Counterclaimant was served with the Notice of Removal September 16, 2020. ECF No. 1.

2. Counter-Defendants' response to the Counterclaims is currently due on September 21, 2020.

3. Counter-Defendants identified issues which would be the subject of a motion to dismiss, namely the lack of allegations indicating Counterclaimant exhausted her administrative remedies and the inclusion of individually named defendants as parties in alleged violations of Title VII.

4. Counterclaimant has requested an opportunity to file an Amended Complaint to correct these issues and which may alleviate the necessity of filing a motion to dismiss.

5. Accordingly, the parties have agreed that Counter-Defendants shall have up to and including October 5, 2020 to file a response to the Counterclaim. If Counterclaimant submits an Amended Complaint, Plaintiff/Counter-Defendants shall have an additional fourteen (14) days from the date the Amended Complaint is served to file a response.

6. This is the first request for an extension of time for Plaintiff and Counter-Defendants to file a response to Defendant and Counterclaimant's Counterclaim.

7. This request is made in good faith and not for the purpose of delay.

8. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 21st day of September, 2020.

| LAGOMARSINO LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Andre M. Lagomarsino* <br> ANDRE M. LAGOMARSINO, ESQ. <br> Nevada Bar No. 6711 <br> 3005 W. Horizon Ridge Pkwy., #241 <br> Henderson, Nevada 89052 <br><br> Attorney for Defendant/Counterclaimant | */s/ Lisa A. McClane* <br> Lisa A. McClane, State Bar No. 10139 <br> Lynne K. McChrystal, State Bar No. 14739 <br> JACKSON LEWIS P.C. <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> Attorneys for Plaintiff and Counter-Defendant |

**ORDER**

IT IS SO ORDERED.

_____
U.S. Magistrate Judge
Dated: 9-30-2020

4845-6986-3116, v. 1