Lisa A. McClane, NV SBN 10139
Lynne K. McChrystal, NV SBN 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: lisa.mcclane@jacksonlewis.com
Email: lynne.mcchrystal@jacksonlewis.com

Kurt K. Harris, Esq.
Nevada Bar No. 5354
4730 S. Fort Apache Rd., Suite 300
Las Vegas, Nevada 89147
Tel: (702) 252.3838
Fax: (702) 852.0337
Email: kharris@702law.com

Attorneys for Plaintiff and Counter-Defendants
NEVADA CORPORATE HEADQUARTERS
and JASON WILLIAMS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA CORPORATE HEADQUARTERS, A Nevada Corporation<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JANETTE M. HILL; JOHN DOE; ATTORNEY DOE; and DOES I through X and ROE Corporations or Business Entities I through X, inclusive,<br><br>　　　　　Defendants. | Case No.: 20-CV-01721-RFB-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF AND COUNTERDEFENDANTS TO RESPOND TO DEFENDANT AND COUNTERCLAIMANT'S AMENDED COUNTERCLAIM** |
| JANETTE M. HILL, individually,<br><br>　　　　　Counterclaimant,<br><br>　　vs.<br><br>NEVADA CORPORATE HEADQUARTERS, A Nevada Corporation, JASON WILLIAMS, individually, ALFONSO VALLE, individually,<br><br>　　　　　Counter-Defendant. | |

Jackson Lewis P.C.
Las Vegas

1   IT IS HEREBY STIPULATED by and between Plaintiff/Counterdefendant NEVADA CORPORATE HEADQUARTERS ("Plaintiff" and "Counterdefendant") and JASON WILLIAMS ("Counterdefendant"), through their counsel of record and Defendant/Counterclaimant JANETTE M. HILL by and through her counsel of record that Counter-Defendants shall have an extension up to and including October 29, 2020, in which to file its response to Defendant/Counterclaimant's Counterclaim. This Stipulation is submitted and based upon the following:

    1.    Plaintiff/Counterdefendants filed a Removal of Defendant/Counterclaimant's Counterclaim on September 16, 2020. ECF No. 1. Defendant/Counterclaimant was served with the Notice of Removal September 16, 2020. ECF No. 1.

    2.    Defendant/Counterclaimant filed an Amended Counterclaim on October 1, 2020. ECF 14. Plaintiffs/Counterdefendants's response to the Amended Counterclaims is currently due on October 15, 2020.

    3.    Due to the press of other matters, including a death in counsel's family, adjustments made necessary by the COVID-19 pandemic, and in order to fully respond to the pleading, Plaintiff/Counterdefendants require additional time to respond to Defendant/Counterclaimant's Amended Counterclaim. Plaintiffs/Counterdefendants accordingly requests an extension, up to and including October 29, 2020, to file its responsive pleading.

    4.    This is the first request for an extension of time for Plaintiffs/Counterdefendants to file a response to Defendant/Counterclaimant's Amended Counterclaim.

    5.    This request is made in good faith and not for the purpose of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Case 2:20-cv-01721-RFB-VCF   Document 17   Filed 10/15/20   Page 3 of 4

6. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 14th day of October, 2020.

| LAGOMARSINO LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Andre M. Lagomarsino*<br>ANDRE M. LAGOMARSINO, ESQ.<br>Nevada Bar No. 6711<br>3005 W. Horizon Ridge Pkwy., #241<br>Henderson, Nevada 89052<br><br>Attorney for Defendant/Counterclaimant | */s/ Lisa A. McClane*<br>Lisa A. McClane, State Bar No. 10139<br>Lynne K. McChrystal, State Bar No. 14739<br>JACKSON LEWIS P.C.<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>Kurt K. Harris, Esq.<br>Nevada Bar No. 5354<br>4730 S. Fort Apache Rd., Suite 300<br>Las Vegas, Nevada 89147<br><br>Attorneys for Plaintiff/Counterdefendants |

**ORDER**

IT IS SO ORDERED.

U.S. Magistrate Judge

Dated: 10-15-2020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 14th day of October, 2020, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF AND COUNTERDEFENDANTS TO RESPOND TO DEFENDANT AND COUNTERCLAIMANT'S AMENDED COUNTERCLAIM** properly addressed to the following:

ROBERT S. LARSEN, ESQ.
DIONE C. WRENN ESQ.
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9304
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
         dwrenn@grsm.com

Attorneys for Counterdefendant *Alfonso Valle*

                    */s/ Mayela E. McArthur*
                    Employee of Jackson Lewis P.C.

4851-4013-0510, v. 1