1  Lisa A. McClane, NV SBN 10139
   Lynne K. McChrystal, NV SBN 14739
2  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
3  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
4  Fax: (702) 921-2461
   Email: lisa.mcclane@jacksonlewis.com
5  Email: lynne.mcchrystal@jacksonlewis.com

6  Kurt K. Harris, Esq.
   Nevada Bar No. 5354
7  4730 S. Fort Apache Rd., Suite 300
   Las Vegas, Nevada 89147
8  Tel: (702) 252.3838
   Fax: (702) 852.0337
9  Email: kharris@702law.com

10 Attorneys for Plaintiff and Countersefendant
   NEVADA CORPORATE HEADQUARTERS
11

12                    **UNITED STATES DISTRICT COURT**

13                         **DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA CORPORATE HEADQUARTERS, A Nevada Corporation<br><br>Plaintiff,<br><br>vs.<br><br>JANETTE M. HILL; JOHN DOE; ATTORNEY DOE; and DOES I through X and ROE Corporations or Business Entities I through X, inclusive,<br><br>Defendants. | Case No.: 20-CV-01721-RFB-VCF<br><br>**STIPULATED REQUEST & PROPOSED ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(FIRST REQUEST)**<br><br>**(Before Magistrate Nancy J. Koppe)** |
| JANETTE M. HILL, individually,<br><br>Counterclaimant,<br><br>vs.<br><br>NEVADA CORPORATE HEADQUARTERS, A Nevada Corporation, JASON WILLIAMS, individually, ALFONSO VALLE, individually,<br><br>Counter-Defendant. | |

Plaintiff/Counter-Defendant NEVADA CORPORATE HEADQUARTERS s (hereinafter "Plaintiff" or "Counter-Defendant") by and through its counsel, Jackson Lewis P.C., and Defendant/Counterclaimant JANETTE HILL (hereinafter "Defendant" or "Counterclaimant") by and through her counsel, Lagomarsino Law, and Counter-Defendant ALFONSO VALLE (hereinafter "Counter-Defendant") by and through his counsel of record, Gordon Rees Scully Mansukhani, LLP, hereby submit this stipulated request to reschedule the Early Neutral Evaluation currently scheduled for November 9, 2020.

Plaintiff's counsel recently had a death in the family and Defendant's counsel has been out of the office for medical reasons. In addition, Plaintiff's Answer to the Counterclaim was filed October 29, 2020. The parties' initial 26(f) discovery conference is scheduled on November 4, 2020, just five days before the ENE. The parties have not yet exchanged initial disclosures. For these reasons, the parties request that the ENE be rescheduled to a later date to ensure that all parties have an opportunity to exchange disclosures and thoroughly evaluate the claims and defenses so that they can effectively prepare for and participate in a meaningful evaluation session.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This stipulation and order is sought in good faith and not for the purpose of delay. This is the first request to continue the Early Neutral Evaluation Conference.

Dated this 30th day of October, 2020.

| LAGOMARSINO LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Andre M. Lagomarsino* <br> ANDRE M. LAGOMARSINO, ESQ. <br> Nevada Bar No. 6711 <br> 3005 W. Horizon Ridge Pkwy., #241 <br> Henderson, Nevada 89052 <br><br> Attorney for Defendant/Counterclaimant | */s/ Lisa A. McClane* <br> Lisa A. McClane, State Bar No. 10139 <br> Lynne K. McChrystal, State Bar No. 14739 <br> JACKSON LEWIS P.C. <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> Attorney for Plaintiff/Counter-Defendant |

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Robert S. Larsen*
ROBERT S. LARSEN, ESQ.,
Nevada Bar No. 7785
DIONE C. WRENN ESQ.
Nevada Bar No. 13285
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

Attorneys for Counter-Defendant
Alfonso Valle

**ORDER**

IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference scheduled on November 9, 2020 at 9:30 AM, is rescheduled to __December 7__, 2020 at 9:30 AM. Confidential written statements shall be submitted to chambers no later than November 30, 2020. All other requirements set forth in the order at Docket No. 5 remain in place.

_____
U.S. Magistrate Judge