ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone:  (702) 577-9300
Direct Line: (702) 577-9304
Facsimile:  (702) 255-2858
E-Mail:  rlarsen@grsm.com
         dwrenn@grsm.com

*Attorneys for Defendant,
Alfonso Valle*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA CORPORATE HEADQUARTERS, A Nevada Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>JANETTE M. HILL; JOHN DOE; ATTORNEY DOE; and DOES 1 through X and ROE Corporations or Business Entities I through X, inclusive,<br><br>                    Defendants. | Case No.:    2:20-cv-1721-RFB-VCF<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF COUNTER-DEFENDANT ALFONSO VALLE ONLY** |
| JANETTE M. HILL, individually,<br><br>                    Counter-claimant,<br><br>vs.<br><br>NEVADA CORPORATE HEADQUARTERS, A Nevada Corporation; JASON WILLIAMS, individually; ALFONSO VALLE, individually,<br><br>                    Counter-defendants. | |

Counter-Defendant ALFONSO VALLE ("Valle"), by and through his attorneys Robert S. Larsen, Esq. and Dione C. Wrenn, Esq. of Gordon Rees Scully Mansukhani LLP, and Defendant/Counterclaimant JANETTE M. HILL ("Hill") by and through her attorney Andre M. Lagomarsino, Esq. of Lagomarsino Law (collectively the "Parties"), hereby stipulate and agree

to the dismissal with prejudice of all claims among and between the above-named parties.  The parties further stipulate that Valle and Hill are to bear their own fees and costs incurred herein.

This stipulation is entered into in good faith, in the interest of judicial economy and not for purposes of delay.

DATED this 25th day of February 2021.

**GORDON REES SCULLY MANSUKHANI**

*/s/ Dione C. Wrenn*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101

***Attorneys for Defendant,
Alfonso Valle***

DATED this 25th day of February 2021.

**LAGOMARSINO LAW**

*/s/ Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052

***Attorney for Defendant/Counterclaimant,
Janette Hill***

<u>ORDER</u>

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 26th day of February, 2021.

-2-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of February 2021, I served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF COUNTER-DEFENDANT ALFONSO VALLE ONLY** via CM/ECF upon the following:

Kirk K. Harris, Esq.
4730 S. Fort Apache Road, Suite 300
Las Vegas, NV 89147
and
Lisa A. McClane, Esq.
Lynne K. McChrystal, Esq.
JACKSON LEWIS P.C.
300 So. 4th St., Suite 900
Las Vegas, NV 89101
*Attorneys for Nevada Corporate Headquarters and Jason Williams*

Andre M. Lagomarsino, Esq.
3005 W. Horizon Ridge Pkwy., #241
Henderson, NV 89052
*Attorney for Defendant/Counterclaimant Janette M. Hill*

                                         */s/ Gayle Angulo*
                                         An Employee of GORDON REES SCULLY MANSUKHANI, LLP