```
 1  Lisa A. McClane, NV SBN 10139
    Lynne K. McChrystal, NV SBN 14739
 2  **JACKSON LEWIS P.C.**
    300 S. Fourth Street, Suite 900
 3  Las Vegas, Nevada 89101
    Tel: (702) 921-2460
 4  Fax: (702) 921-2461
    Email:  lisa.mcclane@jacksonlewis.com
 5  Email:  lynne.mcchrystal@jacksonlewis.com

 6  Kurt K. Harris, Esq.
    Nevada Bar No. 5354
 7  4730 S. Fort Apache Rd., Suite 300
    Las Vegas, Nevada 89147
 8  Tel: (702) 252.3838
    Fax: (702) 852.0337
 9  Email: kharris@702law.com

10  Attorneys for Plaintiff and Counter-Defendant
    NEVADA CORPORATE HEADQUARTERS
11
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA CORPORATE HEADQUARTERS, A Nevada Corporation<br><br>        Plaintiff,<br><br>  vs.<br><br>JANETTE M. HILL; JOHN DOE; ATTORNEY DOE; and DOES I through X and ROE Corporations or Business Entities I through X, inclusive,<br><br>        Defendants. | Case No.: 20-CV-01721-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JANETTE M. HILL, individually,<br><br>        Counterclaimant,<br><br>  vs.<br><br>NEVADA CORPORATE HEADQUARTERS, A Nevada Corporation, ALFONSO VALLE, individually,<br><br>        Counter-Defendant. | |

Plaintiff/Counter-Defendant NEVADA CORPORATE HEADQUARTERS (hereinafter "Plaintiff" or "Counter-Defendant") by and through its counsel, Jackson Lewis P.C., and Defendant/Counterclaimant JANETTE M. HILL (hereinafter "Defendant" or "Counterclaimant") by and through her attorney Andre M. Lagomarsino, Esq., of Lagomarsino Law (collectively the "Parties"), hereby stipulate and agree to the dismissal with prejudice of all claims among and between the above-named parties. The parties further stipulate that the parties are to bear their own fees and costs herein.

The stipulation is entered into in good faith, in the interest of judicial economy and not for purposed of delay.

Dated this 2nd day of April, 2021

| LAGOMARSINO LAW | JACKSON LEWIS P.C. |
|---|---|
| /s/ Andre M. Lagomarsino | /s/ Lisa A. McClane |
| ANDRE M. LAGOMARSINO, ESQ.<br>Nevada Bar No. 6711<br>3005 W. Horizon Ridge Pkwy., #241<br>Henderson, Nevada 89052 | Lisa A. McClane, State Bar No. 10139<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| Attorney for Defendant/Counterclaimant | Attorney for Plaintiff/Counter-Defendant |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 5th day of April, 2021.